1  BARBARA HOPE O'NEILL #102968
   Attorney at Law
2  2014 Tulare Street, Suite 510
   Fresno, California  93721
3  Telephone:  (559) 459-0655
   Fax:  (559) 459-0656
4  email: tajfalaw@yahoo.com

5  Attorney for Sean Michael Hunt

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:04-cr-05017  AWI |
| Plaintiff, | STIPULATION TO CONTINUE AND ORDER |
| vs. | |
| Sean Michael Hunt, | DATE: May 12, 2008  Time: 9 am |
| Defendant | |

Barbara Hope O'Neill the attorney of record for Sean Michael Hunt and David L. Gappa, Assistant United States Attorney, have agreed to continue this matter from May 12, 2008 until June 9, 2008 at 9 a.m.  Both counsel will be in trial on May 12th and further need additional time to discuss resolution of this matter.

Dated: May 6, 2008                                    Respectfully submitted,

                                                 /s/ Barbara Hope O'Neill
                                                Barbara Hope O'Neill
                                            Attorney for Sean Michael Hunt

Dated: May 6, 2008                              /s/  David L. Gappa
                                                   David L. Gappa
                                                Assistant U.S. Attorney

ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for May 12, 2008 at 9 a.m. is continued until June 9, 2008, at 9 a.m., to be heard before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                              /s/ Anthony W. Ishii
                                                                                    UNITED STATES DISTRICT JUDGE